UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 APR -2  PM 4: 14
CLERK_____
SO. DIST. OF GA.

CHARLES WILLIS, )
)
   Plaintiff, )
)
v. ) Case No. CV411-225
)
RICHARD M. DARDEN, )
WILLIAM G. BELL, III, )
)
   Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of April, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA